UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORAN PHILLIPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE DISTRIBUTION, INC.,<br><br>　　　　　Defendant. | No. 2:20–cv–1567–KJM–KJN<br><br>ORDER<br><br>(ECF No. 15.) |

On July 29, 2021, the court held a hearing on plaintiff's motion to compel. (ECF No. 15.) Attorney Christopher Wilhelmi appeared on behalf of plaintiff, and attorney Brooke Purcell appeared on behalf of defendant. At the hearing, the court confirmed with the parties that the only matters left in dispute were defendant's responses to two requests for admission and the scope of plaintiff's proffered Rule 30(b)(6) deposition.

For the reasons discussed at the hearing, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 15) is GRANTED IN PART AND DENIED IN PART;

2. Within two weeks of this order, defendant is compelled to answer Request for Admission 5 (concerning the existence of any non-written warnings, etc.) during the last year of plaintiff's employment;

3. Plaintiff's motion to compel a different response to Request for Admission 12

1

(regarding the racial composition of the maintenance department and defendant's qualified response) is DENIED;

4. By Monday, August 2, 2021, at 4:00 p.m. PST, defendant shall inform plaintiff which person(s) will be produced for the Rule 30(b)(6) deposition, and on which topics the person(s) will testify.  Should defendant believe any of plaintiff's 30(b)(6) topics could be better responded to by written response, defendant shall provide such a response by Friday, August 6, 2021.  Thereafter, the parties are instructed to confer in good faith to resolve any remaining areas of dispute;

5. The remainder of plaintiff's discovery requests are DENIED as moot;

6. Plaintiff's request for sanctions is DENIED; and

7. The parties are required to communicate as professionals and confer on any other outstanding discovery prior to submitting lengthy motions to the court.  A failure to heed this admonition may result in sanctions on either, or both, parties.

Dated:  July 30, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

phil.1567