# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORAN PHILLIPS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia Corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendant. | Case No.  2:20-cv-01567-KJM-KJN<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>Complaint Filed:  May 27, 2020<br>Trial Date:　　　None Set |

## ORDER ON STIPULATION AMENDED SCHEDULING ORDER

**PURSUANT TO THE PARTIES' STIPULATION,** the Scheduling Order (ECF 10), is amended, so as to reflect the following dates and deadlines:

| Event | Date |
|---|---|
| Deadline to notify Court whether Parties request a court settlement conference date or referral to the Voluntary Dispute Resolution Program. | November 19, 2021 |
| Fact discovery cutoff (responses due and depositions completed except where stipulated otherwise with respect to specific discovery requests or depositions, and without regard to expert or deposition of subpoenaed witnesses) | January 28, 2022 |
| Expert witness disclosures | February 25, 2022 |
| Rebuttal expert witness disclosures | March 18, 2022 |
| Expert discovery cutoff | April 15, 2022 |
| Last day for dispositive motions to be heard | May 13, 2022[1] |

---

[1] The parties requested May 20, 2022, but that is not an available civil law and motion date.

IT IS SO ORDERED.

DATED: August 4, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE